## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN THE MATTER OF:** | **NO: 19-10024** |
| **ALBERT & DESHAWN ERNEST** | **SECTION B** |
| **DEBTOR** | **CHAPTER 13** |

### DEBTOR'S MOTION FOR EXTENSION OF THE AUTOMATIC STAY

**NOW INTO COURT,** through undersigned counsel, comes Debtor, who represents as follows:

1.

Debtor filed for Chapter 13 Bankruptcy relief in the Eastern District of Louisiana. This is a core proceeding.

2.

Debtor was a debtor in a prior Chapter 13 case during the previous year, under case number 14-11605, filed on 6/23/14.

3.

Debtor seeks an extension of the automatic stay imposed for 30 days pursuant to 11 USC Sec. 362(c)(3)(A), as to all creditors until further order or discharge to effectuate an orderly reorganization, pursuant to 11 USC Sec. 362(c)(3)(B).

4.

Debtor's previous Chapter 13 was dismissed on 9/20/18. The previous Chapter 13 was dismissed for missing payments to the Trustee. During the last case, Debtors became

separated and are currently living separate and apart. Debtors incurred unplanned moving expenses for Albert, who is living in a separate house. Debtors are filing this case to save their property. They present this case in good faith.

5.

Debtor's previous Bankruptcies:

14-11605. Filed 6/23/14. Case dismissed 9/30/28. Debtor paid in $46,712.55. Trustee distributed $2918.16 to Trustee, $3947.28 to (previous) Attorney, $35,656.52 to secured creditors.

**WHEREFORE**, Debtor prays that this matter be set for hearing, and, after all due proceedings had, that this Court enter its order continuing and extending the automatic stay in this proceeding as to all parties in interest until further order or discharge is granted, and for such other relief as may be just in this circumstances.

> Respectfully submitted,
> HARRINGTON & MYERS
> /S/ELISABETH HARRINGTON
> ELISABETH HARRINGTON (20852)
> 2901 N. Causeway Blvd, Suite 303
> Metairie, LA .70002
> 504-861-0550